# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

KEITH ASHLOCK                                                                      PLAINTIFF
ADC # 142034

v.                                1:16CV00028-JLH-JJV

WENDY KELLY, Director,
Arkansas Department of Correction, et al.                          DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATIONS

## INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge J. Leon Holmes. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before either the District Judge or Magistrate Judge, you must, at the time you file your written objections, include the following:

1.      Why the record made before the Magistrate Judge is inadequate.

2.      Why the evidence to be proffered at the new hearing (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

3.      The details of any testimony desired to be introduced at the new hearing in the form

of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the new hearing.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing. Mail your objections and "Statement of Necessity" to:

Clerk, United States District Court
Eastern District of Arkansas
600 West Capitol Avenue, Suite A149
Little Rock, AR 72201-3325

**DISPOSITION**

Keith Ashlock ("Plaintiff") filed this action *pro se* and pursuant to 42 U.S.C. section 1983. (Doc. No. 2.) He also submitted an Application to Proceed Without Prepayment of Fees and Affidavit. (Doc. No. 1.) I determined, after review of his litigative history, that Plaintiff is a 'three-striker' within the meaning of 28 U.S.C. § 1915(g).[1] (Doc. No. 3.) On March 28, 2016, I directed him to pay the full filing fee within fourteen days and warned him that his failure to do so would result in a recommendation that this action be dismissed. (*Id*.) In excess of fourteen days have now passed, and Plaintiff has not submitted the filing fee.[2]

IT IS, THEREFORE, RECOMMENDED that:

1. Plaintiff's Complaint (Doc. No. 2) be DISMISSED without prejudice.

2. The Court certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting these recommendations would not be taken in good faith.

---

[1] Plaintiff has had three cases dismissed for failure to state a claim. *See Ashlock v. Nickolich, et al.*, 6:11cv06072-RTD; *Ashlock v. Miller, et al.,* 6:13cv06054-RTD; *Ashlock v. Hobbs, et al.*, 5:12cv00316-KGB.

[2] Plaintiff did file a Motion for Reconsideration (Doc. No. 6) wherein he claimed that *Ashlock v. Nickolich, et al.*, 6:11cv06072-RTD was dismissed on summary judgment before he could respond and should not be considered a strike. A review of the docket, however, indicates the case was dismissed on screening and a strike was clearly assessed.

So Ordered this 19th day of April, 2016.

                                                          _____
                                                          JOE J. VOLPE
                                                          UNITED STATES MAGISTRATE JUDGE