# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

KEITH ASHLOCK                                                                                          PLAINTIFF
ADC # 142034

v.                                             No. 1:16CV00028-JLH

WENDY KELLY, Director,
Arkansas Department of Correction, *et al.*                                                         DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the corresponding Order would not be taken in good faith.

SO ORDERED this 11th day of May, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE